FILED

2006 JAN -6 P 12:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241
## BY A PERSON IN FEDERAL CUSTODY

Ku, Yin Mei /55788-054, Petitioner,
Full Name and Prisoner Number

Federal Correctional Institution. Camp
Complete Prison Address (Place of Confinement)

Danbury, Connecticut

Case No. 3:06 CV023 (JBA)
(To be supplied by the Court)

v.

Bill Willingham, Respondent,
(Name of Warden, Superintendent or
authorized person having custody of petitioner)
(Do not use *et al.*)

and

_____, Additional Respondent.
(List additional persons having custody
of petitioner, if any)

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  U.S. DISTRICT COURT, S.D.N.Y.

2) Date judgment of conviction was entered  11-23-2004

3) Case number  04 CR 153-02 (SHS)

4) Type and length of sentence imposed  21 MONTHS

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes ___  No ✓

6) Nature of the offense involved (all counts)  BANK FRAUD AND EMBEZZLEMENT

7) What was your plea? (check one)
Not Guilty ⊗  Guilty ✓  Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
N/A

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _____

10) Kind of trial (check one)  Jury ___  Judge only ___  N/A

11) Did you testify at trial? Yes ___ No ___  N/A

### DIRECT APPEAL

12) Did you appeal from the judgment of conviction?  Yes ___ No ✓

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of

the court's opinion or order): _____

_____

_____

_____

14) If you did not appeal, explain briefly why you did not: _Guilty Plea_

_____

a) Did you seek permission to file a late appeal? Yes __ No __  *N/A*

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?    Yes __ No ✓

16) If your answer to 15 was "Yes," give the following information:

    a) FIRST petition, application or motion.

        1. Name of court _____

        2. Nature of proceeding _____

        3. Claims raised _____

_____

        4. Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

        5. Result _____

        6. Date of result _____

        7. Did you appeal the result to the federal appellate court having

jurisdiction? Yes __ No __   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

8.   If you did not appeal, briefly explain why you did not   _____

_____

_____

b) As to any SECOND petition, application or motion, give the following information:

1.   Name of court _____

2.   Nature of proceeding _____

_____

3.   Claims raised _____

_____

4.   Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

5.   Result _____

6.   Date of result _____

7.   Did you appeal the result to the federal appellate court having jurisdiction? Yes __ No __   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____

_____

_____

8.   If you did not appeal, briefly explain why you did not _____

4

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____
_____

3. Claims raised _____
_____

4. Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___
_____
_____

8. If you did not appeal, briefly explain why you did not _____
_____

5

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

**Claim One:** The BOP refuses to consider me eligible for transfer to a CCC for the last six months of my term of imprisonment See Baker v. Willingham Case no. 3:04 CV1923 (PCD)

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

1) Full term Expires        10/5/06
2) Projected Release Date   7/15/06
3) 10% date   5/22/06
4) 6 months CCC eligiblity  1/15/06

(2) Did you seek administrative relief as to claim one? Yes __ No ✓ If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

BOP policy -

**Claim Two:** N/A

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

**Claim Three:** _____

_____

_____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

18) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ___ No ✓. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding:_____

_____

_____

19) State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention: _____

*I am not challenging my sentence but rather my release date & eligiblility for community confinement*

8

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____
Petitioner's Original Signature

55788-054
Petitioner's Inmate Number

_____
Attorney's Full Address and Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  FCI, Danbury CT  on  12/15/05
            (Location)              (Date)

_____
Petitioner's Original Signature